IT IS ORDERED

Date Entered on Docket: March 6, 2020

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| In re:<br>LINDA A. MONTOYA, AKA HERLINDA ANN MONTOYA, AKA, LINDA GONZALES MONTOYA<br><br>Debtor | Case No.: 19-12053-j7<br><br>Chapter 7 |

### STIPULATED ORDER FOR RELIEF FROM THE AUTOMATIC STAY

Global Lending Services LLC (the "Creditor"), by its undersigned counsel, and Linda A. Montoya (the "Debtor" and together with Creditor, the "Parties"), by and through their undersigned attorney agree and stipulate as follows.

### RECITALS

1. The Creditor holds a lien on the Debtor's property identified as 2014 CADILLAC CTS VIN #1G6DA1E34E0120885.

2. The Parties desire that 11 U.S.C. §362 automatic stay be lifted in favor of the Creditor so that it may pursue its remedies with respect to the Property, including repossession and/or sale of the vehicle, in the State courts.

3. Upon entry of an Order by the Bankruptcy Court giving effect to this Stipulation, the Property shall be deemed abandoned by the Chapter 7 Trustee.

4. In the event that net proceeds are available after the sale of the property by Creditor after the payment of all proper costs of the sale, the payment to Creditor of any and all amounts properly due and owing, and the amount of any exemption permitted to the Debtor, any and all such net proceeds shall be paid immediately the Chapter 7 Trustee.

5. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not be applicable to the stipulated agreement herein.

### END OF ORDER ###

Submitted by:

Dated: 02/28/2020

/s/ Elizabeth V. Friedenstein
Elizabeth V. Friedenstein, # 141568
Weinstein & Riley, P.S.
5801 Osuna Road NE, Suite A-103
Albuquerque, NM 87109
Direct: 505-348-3075
Fax: 505-214-5116
Email: ElizabethF@w-legal.com

Dated: 02/28/2020

/s/ Albert W. Schimmel, III *authorized electronically*
Albert W Schimmel, III
Schimmel Law Office
320 Gold Ave SW, Suite 1125
PO Box 8
Albuquerque, NM 87103-0008
Attorney for the Debtor

Dated: 02/28/2020

/s/ Philip J. Montoya *authorized electronically*
Philip J. Montoya
Trustee
1122 Central Ave SW Ste #3
Albuquerque, NM 87102
Chapter 7 Trustee